COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **PraDo    Saturnino  S, P**
         (Last)           (First)          (Initial)

Prisoner Number **P-98312**

Institutional Address **P.O. Box 290066, Represa, CA 95671**

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

vs.

(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 3962 JSW (PR)**
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement _____

B.    Is there a grievance procedure in this institution?
          YES ( )    NO ( )

C.    Did you present the facts in your complaint for review through the grievance procedure?
          YES ( )    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                           - 1 -

```
1              1. Informal appeal _____

2              _____

3              _____

4              2. First formal level_____

5              _____

6              _____

7              3. Second formal level_____

8              _____

9              _____

10             4. Third formal level _____

11             _____

12             _____
```

13    E.    Is the last level to which you appealed the highest level of appeal available to
14          you?
15                YES ( )     NO ( )
16    F.    If you did not present your claim for review through the grievance procedure,
17    explain why._____
18    _____
19    _____
20 II.  Parties.
21    A.    Write your name and your present address. Do the same for additional plaintiffs,
22          if any.
23    _____
24    _____
25    _____
26    B.    Write the full name of each defendant, his or her official position, and his or her
27          place of employment.
28    _____

COMPLAINT                                - 2 -

1
2
3
4
5  III.    Statement of Claim.
6         State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10 WITH ALL DUE RESPECT TO THE COURTS, I COME BEFORE
11 WITH MY ISSUSES AND CLAIMS. FIRST AND FORMOST
12 I AM NOT GUILTY, BECAUSE MY CASE WAS BASED ON
13 SELF DEFENSE, BUT JUDGE ALICE E. ALTOON
14 OF THE COURT OF SUPERIOR OF LOS ANGELES
15 SEEN IT FIT TO BE UNJUST AND EVIL WITH
16 ME AND SENTENCED ME TO FOURTEEN YEARS
17 BECAUSE SHE SAID I SEDUCED HER WITH MY
18 EYES AND THEN SHE ASKED ME WHERE I WAS FROM
19 AND I TOLD HER I WAS FROM CUBA AND SHE
20 WENT AHEAD AND SENTENCED ME TO FOURTEEN YEARS
21 UNJUSTICE AND VIOLATED MY SIX AMENDMENT AND
22 FOURTEETH AMENDMENT.
23 IV.    Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26 I WANT MY CASE TO BE REVIEWED FOR THE FACTS
27 AND GET ME BACK INTO COURT FOR A FAIR
28 TRAIL OR BE COMPENSATED FOR MY SUFFERING

COMPLAINT                    - 3 -

1  _____
2  _____
3  _____
4  _____
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this _____ day of _____, 20____
8
9                                  _____
10                                       (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                           - 4 -