Case 3:08-cv-03962-JSW   Document 2   Filed 08/19/2008   Page 1 of 7



ORIGINAL

E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SATURNINO PRADO P-98312

        Plaintiff,

vs.

ALICE E. ALTOON

        Defendant.

CV 08 3962

CASE NO. HBA195408

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, PRADO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0   Net: 0

Employer: 0

_____

APP. TO PROC. IN FORMA PAUPERIS — 1 —

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.     Business, Profession or                    Yes ___ No ✗
10              self employment
11       b.     Income from stocks, bonds,                 Yes ___ No ✗
12              or royalties?
13       c.     Rent payments?                             Yes ___ No ✗
14       d.     Pensions, annuities, or                    Yes ___ No ✗
15              life insurance payments?
16       e.     Federal or State welfare payments,         Yes ___ No ✗
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                                Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____∅_____ Net $_____∅_____
28  4.     a.     List amount you contribute to your spouse's support:$ ___∅___

APP. TO PROC. IN FORMA PAUPERIS              - 2 -

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |   | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |   | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |   | THEIR NAMES.). |

5. Do you own or are you buying a home?        Yes ___ No _Ø_
Estimated Market Value: $__Ø____ Amount of Mortgage: $__Ø____
6. Do you own an automobile?        Yes ___ No _Ø_
Make __Ø____ Year _Ø____ Model _Ø____
Is it financed? Yes ____ No _Ø_ If so, Total due: $ _Ø____
Monthly Payment: $ _____
7. Do you have a bank account? Yes ____ No _Ø_ (Do not include account numbers.)
Name(s) and address(es) of bank: _Ø____

Present balance(s): $ _Ø____
Do you own any cash? Yes ___ No _Ø_ Amount: $ _Ø____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _Ø_

8. What are your monthly expenses?
Rent: $ __Ø____        Utilities: _Ø____
Food: $ __Ø____        Clothing: _Ø____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _Ø_ | $ _Ø_ | $ _Ø_ |
| ___ | $ ___ | $ ___ |
| ___ | $ ___ | $ ___ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  8/11/08                          [signature]
17    DATE                           SIGNATURE OF APPLICANT

Case Number: <u>HBA 195408</u>

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>SATURNINO PRADO</u> for the last six months
[prisoner name]
<u>NEW FOLSOM SACRAMENTO</u> where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <s>~~~</s> $7.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ <s>~~~</s> $9.05

Dated: 8/12/08          _____
                        [Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 08/12/08
                                                                    PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIF STATE PRISON SACRAMENTO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 12, 2008

ACCOUNT NUMBER  : P98312                  BED/CELL NUMBER: FB7 2 000000025L
ACCOUNT NAME    : PRADO, SATURNINO                ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                   TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION       COMMENT          CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   -----  ------------       -------          ---------   --------   -----------   -------
02/01/2008     BEGINNING BALANCE                                                          0.00
02/05* VD54   INMATE PAYROL     702210/JAN                      9.00                      9.00
02/13  FC02   DRAW-FAC 2        BFAC702302                                    9.00        0.00
03/05* VD54   INMATE PAYROL     702555/FEB                      9.00                      9.00
03/11  FC02   DRAW-FAC 2        702642BFAC                                    8.70        0.30
04/03* VD54   INMATE PAYROL     702917/MAR                      9.00                      9.30
04/08  FC02   DRAW-FAC 2        702961BFAC                                    9.30        0.00
05/06* VD54   INMATE PAYROL     703291APRL                      9.00                      9.00
05/09  W536   COPAY CHARGE      703365MCPY                                    5.00        4.00
05/13  FR01   CANTEEN RETUR     703388                                        0.05-       4.05
05/13  FC02   DRAW-FAC 2        703393BFAC                                    4.05        0.00
06/04* VD54   INMATE PAYROL     703624/MAY                      9.00                      9.00
06/10  FR01   CANTEEN RETUR     703710                                        0.02-       9.02
06/10  FC02   DRAW-FAC 2        BFAC703706                                    9.02        0.00
07/02* VD54   INMATE PAYROL     800024JUNE                      9.00                      9.00
07/15  FR01   CANTEEN RETUR     800156                                        0.02-       9.02
07/15  FC02   DRAW-FAC 2        BFAC800161                                    9.02        0.00
08/05* VD54   INMATE PAYROL     800383JULY                      9.00                      9.00
08/12  FR01   CANTEEN RETUR     800475                                        0.07-       9.07
08/12  FC02   DRAW-FAC 2        BFAC800484                                    9.07        0.00

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/16/00                        CASE NUMBER: BA195408
COUNTY CODE: LA                                 FINE AMOUNT: $       500.00
DATE         TRANS.  DESCRIPTION                          TRANS. AMT.      BALANCE
----         ------  -----------                          -----------      -------
02/01/2008           BEGINNING BALANCE                                      403.33
02/05/08     VR54    RESTITUTION DEDUCTION-SUPPORT            10.00-        393.33
```

```
REPORT ID: TS3030   .701                                          REPORT DATE: 08/12/08
                                                                  PAGE NO:           2
                         CALIF STATE PRISON SACRAMENTO
                         INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 12, 2008

ACCT: P98312         ACCT NAME: PRADO, SATURNINO            ACCT TYPE: I

                              * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/16/00                            CASE NUMBER: BA195408
COUNTY CODE:    LA                                  FINE AMOUNT: $    500.00

 DATE       TRANS.   DESCRIPTION                         TRANS. AMT.       BALANCE
 ------     ------   -----------                         -----------       -------
 03/05/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        383.33
 04/03/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        373.33
 05/06/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        363.33
 06/04/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        353.33
 07/02/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        343.33
 08/05/08   VR54     RESTITUTION DEDUCTION-SUPPORT            10.00-        333.33

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
 ---------    ---------    -----------    -------    --------     ------------
    0.00         63.00         63.00        0.00        0.00          0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
       TRUST OFFICE