My case number #BA195408

Saturnino Trago, CDCR # 78592

P.O. Box 290066

Represa, CA. 95671

8/24/08

Dear clerk of the court

I am sending this forms back to the court for the reason that I forgot to sign it all 4 package forms. I already sign the forms and I'm sending it back for process. I thank you your time and cooperation.

Respectfully Submitted

Saturnino

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name PraDo          Saturnino   S, P
     (Last)              (First)           (Initial)

4  Prisoner Number P-98312

5  Institutional Address P.O. Box 290066, Represa, CA 95671

7            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA

9  (Enter the full name of plaintiff in this action.)

    CV 08 3962

10 vs.  Case No. _____
    (To be provided by the Clerk of Court)

    **COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983**

    E-filing

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

  A.   Place of present confinement _____

  B.   Is there a grievance procedure in this institution?

      YES ( )    NO ( )

  C.   Did you present the facts in your complaint for review through the grievance procedure?

      YES ( )    NO ( )

  D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT       - 1 -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SATURNINO PRADO P-98312

Plaintiff,

vs.

ALICE E. ALTOON

Defendant.

CV 08 3962 JSW (PR)

CASE NO. HBA195408

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, PRADO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0    Net: 0

Employer: 0

APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.   Business, Profession or self employment           Yes ____ No ✗

    b.   Income from stocks, bonds, or royalties?            Yes ____ No ✗

    c.   Rent payments?            Yes ____ No ✗

    d.   Pensions, annuities, or life insurance payments?           Yes ____ No ✗

    e.   Federal or State welfare payments, Social Security or other government source?           Yes ____ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?           Yes ____ No ✗

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $ ____∅____ Net $ ____∅____

4.     a.   List amount you contribute to your spouse's support: $ ____∅____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _Ø_
8  Estimated Market Value: $ __Ø__  Amount of Mortgage: $ __Ø__
9  6.  Do you own an automobile?    Yes ___ No _Ø_
10 Make __Ø__  Year __Ø__  Model __Ø__
11 Is it financed? Yes ___ No _Ø_  If so, Total due: $ __Ø__
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _Ø_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __Ø__
15 _____
16 Present balance(s): $ __Ø__
17 Do you own any cash? Yes ___ No _Ø_ Amount: $ __Ø__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _Ø_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ __Ø__  Utilities: __Ø__
23 Food: $ __Ø__  Clothing: __Ø__
24 Charge Accounts:
25 Name of Account       Monthly Payment          Total Owed on This Acct.
26 __Ø__           $ __Ø__                 $ __Ø__
27 _____  $ _____        $ _____
28 _____  $ _____        $ _____

APP. TO PROC. IN FORMA PAUPERIS                - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/24/08                                   /s/ [signature]
DATE                                      SIGNATURE OF APPLICANT

Case Number: HBA 195408

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
NEW FOLSOM SACRAMENTO where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___0___.

Dated: August 24, 2008         _____
                               [Authorized officer of the institution]

- 5 -

E-filing



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SATURNINO PRADO P-98312

        Plaintiff,

vs.

ALICE E. ALTOON

        Defendant.

CASE NO: HBA195408 / CV 08 3962 JSW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, PRADO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___Ø___        Net: ___Ø___

Employer: ___Ø___

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9        a.    Business, Profession or              Yes ___ No ✗
10             self employment
11       b.    Income from stocks, bonds,           Yes ___ No ✗
12             or royalties?
13       c.    Rent payments?                       Yes ___ No ✗
14       d.    Pensions, annuities, or              Yes ___ No ✗
15             life insurance payments?
16       e.    Federal or State welfare payments,   Yes ___ No ✗
17             Social Security or other govern-
18             ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.     Are you married?                         Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____✗_____ Net $_____✗_____
28  4.     a.    List amount you contribute to your spouse's support:$ ___✗___

1     b.    List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).

5 _____

6 _____

7 5.    Do you own or are you buying a home?    Yes ___ No _✗_

8 Estimated Market Value: $ __∅__   Amount of Mortgage: $ __∅__

9 6.    Do you own an automobile?    Yes ___ No _✗_

10 Make __∅__   Year __∅__   Model __∅__

11 Is it financed? Yes ___ No _∅_ If so, Total due: $ __∅__

12 Monthly Payment: $ _____

13 7.    Do you have a bank account?  Yes ___ No _✗_ (Do not include account numbers.)

14 Name(s) and address(es) of bank: __∅__

15 _____

16 Present balance(s): $ __∅__

17 Do you own any cash? Yes ___ No _✗_ Amount: $ __∅__

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _✗_

20 _____

21 8.    What are your monthly expenses?

22 Rent: $ __∅__     Utilities: __∅__

23 Food: $ __∅__     Clothing: __∅__

24 Charge Accounts:

25 Name of Account     Monthly Payment     Total Owed on This Acct.

26 __∅__   $ __∅__   $ __∅__

27 _____   $ _____   $ _____

28 _____   $ _____   $ _____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____Ø_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No Ø
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____Ø_____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  8/24/08                              *[signature]*
17    DATE                          SIGNATURE OF APPLICANT

S. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

Case Number: 4BA195408

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
**NEW FOLSOM SACRAMENTO** where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: *August 24, 2008*

_____
[Authorized officer of the institution]

- 5 -

| | |
|---|---|
| 1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983** |
| 2 | Name  PraDo            Saturnino       S, P          |
| 3 | (Last)              (First)             (Initial) |
| 4 | Prisoner Number  P-98312 |
| 5 | Institutional Address  P.O. Box 290066, Represa, CA 95671 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08  3962  (PR)

(Enter the full name of plaintiff in this action.)

vs.

_____

_____

_____

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement _____

B. Is there a grievance procedure in this institution?

YES ( )    NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( )    NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                          - 1 -

1. Informal appeal _____

_____

_____

2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____

4. Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

     YES ( )    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

_____

_____

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_____

_____

_____

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_____

COMPLAINT            - 2 -

1
2
3
4
5  III.    Statement of Claim.
6       State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10  WITH ALL DUE RESPECT TO THE COURTS, I COME BEFORE
11  WITH MY ISSUSES AND CLAIMS. FIRST AND FORMOST
12  I AM NOT GUILTY, BECAUSE MY CASE WAS BASED ON
13  SELF DEFENSE, BUT JUDGE ALICE E. ALTOON
14  OF THE COURT OF SUPERIOR OF LOS ANGELES
15  SEEN IT FIT TO BE UNJUST AND EVIL WITH
16  ME AND SENTENCED ME TO FOURTEEN YEARS
17  BECAUSE SHE SAID I SEDUCED HER WITH MY
18  EYES AND THEN SHE ASKED ME WHERE I WAS FROM
19  AND I TOLD HER I WAS FROM CUBA AND SHE
20  WENT AHEAD AND SENCTENCED ME TO FOURTEEN YEARS
21  UNJUSTICE AND VIOLATED MY SIX AMENDMENT AND
22  FOURTEETH AMENDMENT.
23  IV.    Relief.
24       Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26  I WANT MY CASE TO BE REVIEWED FOR THE FACTS
27  AND GET ME BACK INTO COURT FOR A FAIR
28  TRAIL OR BE COMPENSATED FOR MY SUFFERING

COMPLAINT                          - 3 -

1
2
3
4
5   I declare under penalty of perjury that the foregoing is true and correct.
6
7   Signed this __24th__ day of __August__, 20_08_
8
9                                   _____
10                                       (Plaintiff's signature)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -